

Charles M. Lizza<br>
Phone: (973) 286-6715<br>
Fax: (973) 286-6815<br>
clizza@saul.com<br>
www.saul.com

February 4, 2025

**VIA ECF**

The Honorable Michael E. Farbiarz, U.S.D.J.
United States District Court
Martin Luther King Jr. Fed. Bldg. & U.S. Courthouse
50 Walnut St.
Newark, New Jersey 07101

<u>Re</u>: *Jazz Pharmaceuticals Research UK Ltd. v. Teva Pharmaceuticals, Inc., et al.*
Civil Action No. 23-18 (MEF)(AME)

*Jazz Pharmaceuticals Research UK Ltd. v. Apotex Inc., et al.*
Civil Action No. 23-3914 (MEF)(AME)(consolidated)

Dear Judge Farbiarz:

This firm, together with Quinn Emanuel, represents Plaintiff Jazz Pharmaceuticals Research UK Limited ("Jazz") in the above-captioned matters.

We are pleased to inform the Court that Jazz and Defendant Apotex Inc. ("Apotex") have reached an amicable resolution of these matters. Accordingly, enclosed for Your Honor's consideration is a Stipulation and Order of Dismissal that would dismiss these cases as between Jazz and Apotex. If the Stipulation and Order of Dismissal meets with the Court's approval, we respectfully request that Your Honor sign it and have it entered on the respective dockets. Further, because Apotex is the last remaining defendant, these cases can now be terminated by the Clerk's Office.

Thank you for Your Honor's kind attention to these matters.

Respectfully yours,

*/s/ Charles M. Lizza*

Charles M. Lizza

Enclosure
cc:   Hon. André M. Espinosa, U.S.M.J. (via ECF)
      All counsel (via email)

**SO ORDERED**.

*/s/ Michael E. Farbiarz*
Michael E. Farbiarz, U.S.D.J.
Date: 2/6/2025

One Riverfront Plaza, Suite 1520 ♦ Newark, NJ 07102-5426 ♦ Phone: (973) 286-6700 ♦ Fax: (973) 286-6800

CALIFORNIA   DELAWARE   FLORIDA   ILLINOIS   MARYLAND   MASSACHUSETTS   MINNESOTA   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP